ACCEPTED
03-14-00738-CV
4871792
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 5:29:40 PM
JEFFREY D. KYLE
CLERK



**MUNSCH HARDT KOPF & HARR** PC

ATTORNEYS & COUNSELORS

DALLAS | HOUSTON | AUSTIN

500 N. Akard Street
Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/13/2015 5:29:40 PM

JEFFREY D. KYLE
Clerk

April 13, 2015

*Via e-file*

Amalia Rodriguez-Mendoza
Travis County District Clerk
P.O. Box 679003
Austin, TX 78767-9003

> Re: Request to supplement Clerk's Record
> *RLJ II-C Austin Air, LP; RLJ II-C Austin Air Lessee, LP; RLJ Lodging Fund II Acquisitions, LLC v. Elness, Swenson, Graham Architects, Inc., et. al.* Cause No. D-1-GN-10-002325 in the 200th District Court of Travis County, Texas

Dear Ms. Rodriguez-Mendoza:

Plaintiffs, RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP and RJL Lodging Fund II Acquisitions, LLC (collectively, "Plaintiffs"), have appealed by way of cross-appeal the above case to the Court of Appeals for the Third District of Texas at Austin.

On December 15, 2014, Plaintiffs e-filed an amended and supplemental designation of the Clerk's Record. Plaintiffs believe that one of the documents requested, Plaintiffs' Response to Defendants' Motion to Strike the Expert Testimony of Paul Hornsby, filed on April 25, 2014, was inadvertently omitted from the Clerk's Record when transferred to the Third Court of Appeals.

Plaintiffs' December 15, 2014 request, as well as the attached docket sheet indicating the pleading to be included in the Clerk's Record, are attached hereto. Note that the request for the inclusion of Plaintiffs' Response to Defendants' Motion to Strike the Expert Testimony of Paul Hornsby to be included in the Clerk's Record is on the last page of the December 15, 2014 letter.

Plaintiffs stand ready to pay you in advance for the preparation of the supplemental Clerk's Record upon your advice of the amount, or to make whatever deposit your office requires for the preparation of the supplemental Clerk's Record.

Therefore, please include the following in the supplemental Clerk's Record:

1. PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF PAUL HORNSBY, filed April 25, 2014; and

2. A copy of this letter.

If you have any questions or concerns or if I may be of any assistance to you in the preparation of the supplemental Clerk's Record, please do not hesitate to let me know.

Thanking you for your attention to this matter.

Very truly yours,

/s/ Michael W. Huddleston

Michael W. Huddleston

cc:     ***Via e-file***
        Gregory N. Ziegler
        Weston M. Davis
        MacDonald Devin, P.C.
        3800 Renaissance Tower
        1201 Elm Street
        Dallas, TX 75270-2130
        gziegler@macdonalddevin.com
        wdavis@macdonalddevin.com

        ***Via email***
        Elizabeth Medina
        elizabeth.medina@traviscountytx.gov

        ***Via U.S. Mail***
        Mr. Albert Alvarez, Court Reporter
        345th Civil District Court
        P.O. Box 1748
        Austin, Texas 78767

        ***Via e-file***
        Third Court of Appeals

12/15/2014 4:13:49 PM
Amalia Rodriguez-Mendoza
District Clerk
500 N Travis County
D-1-GN-10-002325
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com



**MUNSCH HARDT**
**KOPF & HARR** PC
ATTORNEYS & COUNSELORS
DALLAS | HOUSTON | AUSTIN

December 15, 2014

Amalia Rodriguez-Mendoza (***via e-filing***)
Travis County District Clerk
P.O. Box 679003
Austin, TX 78767-9003

Re: Designation of documents to be included in the Clerk's Record in *RLJ II-C Austin Air, LP; RLJ II-C Austin Air Lessee, LP; RLJ Lodging Fund II Acquisitions, LLC v. Elness, Swenson, Graham Architects, Inc., et. al.* Cause No. D-1-GN-10-002325 in the 200th District Court of Travis County, Texas

Dear Ms. Rodriguez-Mendoza:

**This letter amends and supplements the designation of the Clerk's Record filed by Plaintiffs on November 25, 2014. Additionally, please see the attached Docket Sheet with all requests clearly marked.**

Plaintiffs, RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP and RJL Lodging Fund II Acquisitions, LLC (collectively, "Plaintiffs"), are appealing by way of cross-appeal the above case to the Court of Appeals for the Third District of Texas at Austin. Defendant Elness, Swenson, Graham Architects, Inc. ("Defendant") filed its Notice of Appeal on November 12, 2014. Plaintiffs filed their cross notice of appeal pursuant to Texas Rule of Appellate Procedure 25.1(a) and 26.1(d) on Tuesday, November 25, 2014.

Plaintiffs stand ready to pay you in advance for the preparation of the Clerk's Record upon your advice of the amount or to make whatever deposit your office requires for the preparation of the Clerk's Record.

Pursuant to Texas Rule of Appellate Procedure 34.5(a) and (b), Plaintiffs request that, in addition to any other document required by the Texas Rules of Appellate Procedure, the following documents be included in the Clerk's Record:

**Amended Request to Correct Errors Concerning Title of Documents and/or Dates Filed:**

1. PLAINTIFFS' SEVENTH AMENDED ORIGINAL PETITION, filed on February 18, 2014.

2. ELNESS, SWENSON, GRAHAM ARCHITECTS, INC. AND MARK G. SWENSON'S SECOND AMENDED ANSWER AND ORIGINAL COUNTERCLAIM FOR DECLARATORY JUDGMENT, filed on October 1, 2012.

3. PLAINTIFFS' OBJECTION TO THE REPORT AND TESTIMONY OF, AND MOTION TO EXCLUDE ESG'S DESIGNATED EXPERT GRANT A. SIMPSON, filed on April 7, 2014.

4. BUSINESS RECORDS AFFIDAVIT, filed April 21, 2014.

5. PLAINTIFFS' MOTION TO COMPEL RESPONSIVE DOCUMENTS FROM ESG, filed April 24, 2014.

6. PLAINTIFFS' MOTION IN LIMINE, filed April 25, 2014.

7. LETTER FROM JUDGE YELENOSKY REGARDING MOTIONS IN LIMINE, filed May 1, 2014.

8. ORDER REGARDING MOTIONS TO STRIKE EXPERT TESTIMONY, filed May 1, 2014.

9. PLAINTIFFS' SUPPLEMENTAL MOTION TO STRIKE THE EXPERT TESTIMONY OF TIM WESTON, filed May 5, 2014.

10. PLAINTIFFS' MOTION IN LIMINE, filed May 5, 2014.

11. PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR DESIGNATION OF WITNESSES FOR TRIAL, filed May 12, 2014.

12. PLAINTIFFS' FIRST AMENDED PROPOSED JURY INSTRUCTIONS, DEFINITIONS AND QUESTIONS, filed May 13, 2014.

13. INSTRUCTION – SIGNED BY JUDGE YELENOSKY, filed May 16, 2014.

14. QUESTION, filed May 16, 2014.

15. JURY'S QUESTION FORMS, filed May 16, 2014.

16. CHARGE OF THE COURT, filed May 16, 2014.

17. OBJECTIONS TO DEFENDANT'S DESIGNATIONS, filed May 16, 2014.

18. PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO CROSS DESIGNATIONS OF PAGE AND LINE TESTIMONY, filed May 16, 2014.

19. JURY'S QUESTION FORMS, filed May 15, 2014.

20.  PLAINTIFFS' RESPONSE TO ESG'S MOTION FOR APPLICATION OF SETTLEMENT CREDIT, filed June 2, 2014.

21.  LETTER FROM JUDGE YELENOSKY ON SETTLEMENT CREDIT, filed June 13, 2014.

22.  PLAINTIFFS' AMENDED MOTION FOR ATTORNEYS' FEES AND COSTS, filed July 3, 2014.

23.  PLAINTIFFS' NOTICE OF SCRIVENER'S ERROR IN AMENDED MOTION FOR ATTORNEYS' FEES AND COSTS, filed July 17, 2014.

24.  RLJ'S MOTION FOR JUDGMENT AND JUDGMENT NOTWITHSTANDING THE VERDICT ON QUESTION 1, filed July 30, 2014.

25.  PLAINTIFFS' AMENDED MOTION FOR RECONSIDERATION IN LIGHT OF FIFTH CIRCUIT'S RECENT *GE CAPITAL* OPINION, filed August 1, 2014.

26.  PLAINTIFFS' RESPONSE TO ESG'S MOTION FOR JUDGMENT AND AFFIDAVIT OF GREG N. ZIEGLER, filed August 5, 2014.

27.  PLAINTIFFS' LETTER TO COURT ENCLOSING DRAFT FINAL JUDGMENT, filed August 13, 2014.

28.  ORDER DENYING RLJ'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT ON QUESTION 1, filed August 14, 2014.

29.  FINAL JUDGMENT, filed August 14, 2014.

30.  PLAINTIFF'S MOTION FOR NEW TRIAL, filed September 12, 2014.

31.  PLAINTIFFS' MOTION TO MODIFY JUDGMENT UNDER TEXAS RULE OF CIVIL PROCEDURE 329B, filed September 12, 2014.

32.  ORDER DENYING RLJ'S MOTION FOR RECONSIDERATION, filed September 16, 2014.

33.  ORDER DENYING PLAINTIFF'S MOTION TO MODIFY UNDER TEXAS RULE OF CIVIL PROCEDURE, filed September 19, 2014.

34.  ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL , filed September 19, 2014.

35.  PLAINTIFF'S NOTICE OF APPEAL, filed November 25, 2014.

December 15, 2014
Page 4

36.   PLAINTIFFS' LETTER requesting Reporter's Record, filed November 25, 2014.

37.   A copy of this letter.

**Supplemental Designations:**

38.   PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF PAUL HORNSBY, filed April 25, 2014.


If you have any questions or concerns or if I may be of any assistance to you in the preparation of the Clerk's Record, please do not hesitate to let me know.

Thanking you for your attention to this matter.

Very truly yours,

/s/ Michael W. Huddleston

Michael W. Huddleston


cc:   Gregory N. Ziegler (***via email***)
      Matthew Mumm
      Weston Davis
      MacDonald Devin, P.C.
      gziegler@macdonalddevin.com
      mmumm@macdonalddevin.com
      wdavis@maccdonalddevin.com

      Elizabeth Medina (***via email***)
      Elizabeth.Medina@traviscountytx.gov

      Mr. Albert Alvarez, Court Reporter (***via U.S. mail***)
      345th Civil District Court
      P.O. Box 1748
      Austin, Texas 78767

| Filed Date | Category | Description | Additional Info |
|---|---|---|---|
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANT ELNESS, SWENSON, GRAHAM ARCHITECTS, INC'S MOTION TO STRIKE THE EXPERT TESTIMONY OF JOHN NYFELER |
| 4/25/2014 | NOTICE | NTC:HEARING/SETTING | NOTICE OF HEARING |
| 4/25/2014 | MOTION | MTN:LIMINE | DEFENDANT ELNESS SWENSON GRAHAM ARCHITECTS INC'S MOTION IN LIMINE |
| 4/25/2014 | MOTION | MTN:LIMINE | DEFENDANT EBCO GENERAL CONTRACTOR LTD AND EBCO WARRIOR MANAGEMENT LLC MOTION IN LIMINE |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STRIKE THE EXPERT TESTIMONY OF KYLE WORKMAN AND RICHARD REEVES |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF PAUL HORNSBY |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF DEAN READ AND KIRBY MEYER |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF DEAN READ AND KIRBY MEYER |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF DEAN READ AND KIRBY MEYER |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF ANDREW DIBBLE |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF ANDREW DIBBLE |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF ANDREW DIBBLE |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF PAUL HORNSBY |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF PAUL HORNSBY |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF PAUL HORNSBY |
| 4/25/2014 | ANS-RESP | RESPONSE TO MOTION/PLEADING | PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE THE EXPERT TESTIMONY OF PAUL HORNSBY |
| 4/28/2014 | MOTION | MTN:DISMISS/NONSUIT | PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE |
| 4/28/2014 | MOTION | MTN:LIMINE | DEFENDANT ELNESS SWENSON GRAHAM ARCHITECTS INCS FIRST SUPPLEMENTAL MOTION IN LIMINE |
| 4/28/2014 | OTHER | RULE 203.2 CERTIFICATE | MARK SWENSON |
| 4/29/2014 | ORD | ORD:NTC/ORD DISMISSAL/NONSUIT | DEFENDANTS EBCO GENERAL CONTRACTOR LTD AND EBCO EBCO/WARRIOR MANAGEMENT LLCS NOTICE OF NONSUIT OF THIRD PARTY DEFENDANT ALCADIO CHAPA JR FORMERLY DBA JRS CONCRETE CONSTRUCTION |
| 4/28/2014 | ORD | ORD:NTC/ORD DISMISSAL/NONSUIT | ORDER OF DISMISSAL WITH PREJUDICE |
| 5/1/2014 | OTHER | LETTER | LETTER TO JUDGE YELENOSKY |
| 5/1/2014 | OTHER | LETTER | FROM JUDGE STEPHEN YELENOSKY |
| 4/30/2014 | SRVPRO | EXE SERVICE OF SUBPOENA | SUBPOENA-ZACHARY BURNS |
| 5/2/2014 | MOTION | MTN:LIMINE | DEFENDANT ELNESS SWENSON GRAHAM ACHITECTS INC'S SECOND SUPPLEMENTAL MOTION IN LIMINE |
| 5/5/2014 | MOTION | MTN:LIMINE | PLAINTIFFS' MOTION IN LIMINE |
| 5/5/2014 | MOTION | MTN:OTHER MOTION | PLAINTIFFS' SUPPLEMENTAL MOTION TO STRIKE THE EXPERT TESTIMONY OF TIM WESTON |
| 5/6/2014 | NOTICE | NTC:ATTORNEY/COUNSEL | NOTICE OF APPEARANCE |
| 5/1/2014 | ORD | ORD:OTHER ORDER | ORDER REGARDING MOTIONS TO STRIKE EXPERT TESTIMONY |